| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 0644 1:08CR00014-1 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dustin Jacob McPhetridge | Western District Of Kentucky | BOWLING GREEN |
| | NAME OF SENTENCING JUDGE | |
| | Joseph H. McKinley, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/21/2013 — TO Life |

**OFFENSE**

Ct. 1: Travel in Interstate Commerce to Engage in Illicit Sexual Conduct [18 USC 2423(b) and (e)]

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____EASTERN DISTRICT OF TENNESSEE____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court inquiry of this court.*

November 12, 2014
*Date*

*Joseph H. McKinley, Jr., Chief Judge*
*United States District Court*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____EASTERN____ DISTRICT OF ____TENNESSEE____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/9/2015
*Effective Date*

*United States District Judge*