# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:15-CR-05000 |
| ) | JUDGE GREER |
| DUSTIN McPHETRIDGE ) | |

## MOTION FOR RETURN OF ITEMS
## BELONGING TO THE DEFENDANT AND FAMILY

Comes the Defendant, Dustin McPhetridge, by and through counsel, and moves this Honorable Court to issue an order requesting the government return the items listed in the attached exhibits dated 7/27/18 and 9/20/18.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.

BY: s/ *Nikki C. Pierce*
Nikki C. Pierce
BPR No. 018181
Federal Defender Services
129 West Depot Street, Suite 1
Greeneville, TN 37743
(423) 636-1301

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2020, a copy of the foregoing Motion for Return of Items Belonging to the Defendant and Family was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s/ *Nikki C. Pierce*