(Rev. 4/11)

# United States Probation Office
# Eastern District of Tennessee

## Receipt for Surrendered Property

Date: 7/27/18
Time: _____
PACTS#: _____
Page 1 of 6

### Case Information

Case Name: Dustin McPhetridge
Case Officer: Welch
Address/Location: [redacted]
Property Inventoried By (Please Print): KLL

### Property Received

| Item No. | Quantity | Description of article(s): model number, serial number, identifying marks, condition, etc... |
|---|---|---|
| 1 | 2 | hard drives found in computer room by Heath Canes on 7/27/18 @ 1:50pm |
| 2 | 4 | baggies of blank CDs found in computer room by R. McLain on 7/27/18 @ 1:45pm |
| 3 | 1 | VHS tape with no label found in computer room by R. McLain on 7/27/18 @ 1:40pm |

I hereby acknowledge confiscation of the above-listed items:

X [signature]

Signature of Offender _____ Date _____

I hereby acknowledge receipt of the above-listed items:

Signature of USPO _____ Date _____

Witness (If Available) _____ Date _____

### Chain of Custody

| Released By | Date | Purpose | Received By |
|---|---|---|---|
|  |  | ☐ Court  ☐ Disposal |  |
|  |  | ☐ Court  ☐ Disposal |  |
|  |  | ☐ Court  ☐ Disposal |  |
|  |  | ☐ Court  ☐ Disposal |  |
|  |  | ☐ Court  ☐ Disposal |  |

White (Inventory)   Yellow (File Copy)   Pink (D/O Receipt)

# United States Probation Office
# Eastern District of Tennessee

## Receipt for Surrendered Property

Date: _____
Time: _____
PACTS#: _____
Page __2__ of __6__

### Case Information

Case Name: 

Case Officer: 

Address/Location: 

Property Inventoried By: (Please Print)

### Property Received

| Item No. | Quantity | Description of article(s): model number, serial number, identifying marks, condition, etc... |
|---|---|---|
| 4 | 1 | black CD case containing hand marked CDs found in computer room by R. McLain on 7/27/18 @ 1:40pm |
| 5 | 1 | Wildthings Foursome DVD found in computer room by N. Wolfe on 7/27/18 @ 1:40pm |
| 6 | 1 | large case of various DVDs w/ hand markings found in defender's bedroom by K. Lasko @ 1:40pm |

I hereby acknowledge confiscation of the above-listed items:

_____  _____
Signature of Offender                     Date

I hereby acknowledge receipt of the above-listed items:

_____  _____
Signature of USPO                         Date

_____  _____
Witness (If Available)                    Date

### Chain of Custody

| Released By | Date | Purpose | | Received By |
|---|---|---|---|---|
| | | | ☐ Court ☐ Disposal | |
| | | | ☐ Court ☐ Disposal | |
| | | | ☐ Court ☐ Disposal | |
| | | | ☐ Court ☐ Disposal | |
| | | | ☐ Court ☐ Disposal | |

White (Inventory)    Yellow (File Copy)    Pink (D/O Receipt)

# United States Probation Office
# Eastern District of Tennessee

## Receipt for Surrendered Property

Date: _____
Time: _____
PACTS#: _____
Page **3** of **6**

### Case Information

Case Name: _____
Address/Location: _____
Case Officer: _____
Property Inventoried By: (Please Print) _____

### Property Received

| Item No. | Quantity | Description of article(s): model number, serial number, identifying marks, condition, etc... |
|---|---|---|
| 7 | 4 | DVDs unmarked found by K. Lasko in offender's bedroom on 7/27/18 @ 1:50pm |
| 8 | 1 | black case containing DVDs w/ handmade labels found in offender's bedroom on 7/27/18 @ 1:50pm |
| 9 | 19 | CDs found in offender's bedroom on 7/27/18 @ 2:00pm by C. Widner |

I hereby acknowledge confiscation of the above-listed items:

_____  _____
Signature of Offender         Date

I hereby acknowledge receipt of the above-listed items:

_____  _____
Signature of USPO             Date

_____  _____
Witness (If Available)         Date

### Chain of Custody

| Released By | Date | Purpose | Received By |
|---|---|---|---|
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |

(Rev. 4/11)

# United States Probation Office
# Eastern District of Tennessee

## Receipt for Surrendered Property

Date: _____
Time: _____
PACTS#: _____
Page __4__ of __6__

### Case Information

Case Name: _____  Case Officer: _____

Address/Location: _____  Property Inventoried By: (Please Print) _____

### Property Received

| Item No. | Quantity | Description of article(s): model number, serial number, identifying marks, condition, etc... |
|---|---|---|
| 10 | 1 | Cricket found in off. bdrm on 7/27/18 @ 1:45pm by C. Widner |
| 11 | 1 | XBOX found in computer room by R. McLain on 7/27/18 @ 2:30pm |
| 12 | 1 | Hannah Montana XBOX Live found in off. bdrm by K. Lasko on 7/27/18 @ 1:45pm |

I hereby acknowledge confiscation of the above-listed items:

_____  _____
Signature of Offender                              Date

I hereby acknowledge receipt of the above-listed items:

_____  _____
Signature of USPO                                  Date

_____  _____
Witness (If Available)                             Date

### Chain of Custody

| Released By | Date | Purpose | Received By |
|---|---|---|---|
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |

White (Inventory)    Yellow (File Copy)    Pink (D/O Receipt)

(Rev. 4/11)

# United States Probation Office
# Eastern District of Tennessee

## Receipt for Surrendered Property

Date: _____
Time: _____
PACTS#: _____
Page 5 of 6

**Case Information**

Case Name: 
Case Officer: 
Address/Location: 
Property Inventoried By: (Please Print)

**Property Received**

| Item No. | Quantity | Description of article(s): model number, serial number, identifying marks, condition, etc... |
|---|---|---|
| 13 | 2 | envelopes of marked cds found in off. bedroom by K. Lasko on 7/27/18 @ 2:15pm |
| 14 | 1 | black DVD case containing DVDs found in comp. room by R. McCain on 7/27/18 @ 2:30 |
| 15 | 1 | PS4 w/ controller and a controller charging station found by B. Welch in off. bdrm on 7/27/18 @ 2:30pm |

I hereby acknowledge confiscation of the above-listed items:

_____  
Signature of Offender                                    Date

I hereby acknowledge receipt of the above-listed items:

_____  
Signature of USPO                                        Date

_____  
Witness (If Available)                                    Date

**Chain of Custody**

| Released By | Date | Purpose | Received By |
|---|---|---|---|
| | | ☐ Court ☐ Disposal | |
| | | ☐ Court ☐ Disposal | |
| | | ☐ Court ☐ Disposal | |
| | | ☐ Court ☐ Disposal | |
| | | ☐ Court ☐ Disposal | |

# United States Probation Office
# Eastern District of Tennessee

## Receipt for Surrendered Property

Date: _____
Time: _____
PACTS#: _____
Page 6 of 6

### Case Information

Case Name: _____
Case Officer: _____
Address/Location: _____
Property Inventoried By: (Please Print) _____

### Property Received

| Item No. | Quantity | Description of article(s): model number, serial number, identifying marks, condition, etc... |
|---|---|---|
| 16 | 1 | XBox 360 w/ controller found by R. Welch on 7/27/18 @ 2:30 in off. bdrm. |
| 17 | 2 | tablets found by K. Lasko in off. bdrm on 7/27/18 @ 2:35 |
|  |  |  |
|  |  |  |
|  |  |  |

I hereby acknowledge confiscation of the above-listed items:

Signature of Offender _____  Date _____

I hereby acknowledge receipt of the above-listed items:

Signature of USPO _____  Date _____

Witness (If Available) _____  Date _____

### Chain of Custody

| Released By | Date | Purpose | Received By |
|---|---|---|---|
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |
|  |  | ☐ Court ☐ Disposal |  |