UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 2:15-CR-5000 |
| ) | |
| DUSTIN MCPHETRIDGE ) | |

ORDER

This matter is before the Court on the Court's *sua sponte* review of the docket. After speaking with the United States Probation Office, additional time is required to review pertinent medical information in Defendant's case prior to his revocation hearing. Defendant's revocation hearing is hereby **RESET** for **August 15, 2022 at 1:30 p.m.**

So ordered.

ENTER:

                                                  s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE