FILED
APR 22 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Dustin McPhetridge
149 Hurd Rd
Surgoinsvile, TN 37873
1-423-921-2436

March 31st 2022

To the Honorable Judge Ronnie Greer:

Your Honnor, I am writing because this pending violation has continued for way too long. I am not the same man that appeared before you in court. I was on a powerful depression medication called Vraylar. Vraylar made me close to a zombie and extremely emoltional and made it hard for me to walk or get out of bed. I have been off this medication for more that a year (09/2020). Thus I have been clear minded and willing to do anything asked of me from probation and Teresa Fletcher. The combination of the Vraylar and me falling and hitting my head on a table and breaking the table on 06/18/17. I have had CAT scans and MRIs and a 40 hour EEG to show there is damage. So I feel the hearing for violating my probation is not nessary. The reasoning for the violation is due to medical issues and medication that I could not control, regulate or help.

Your honor I ask that you PLEASE intervene on my behalf and give me relief or a release from supervised probation. I have been under supervised probation since 11/6/2014. Other than the violation infront of you in court I have no issues with any law enforcement what so ever, not even a speeding ticket in these 7 plus years. I have even provided probation with with a monthly log of every time I leave the house and what I do until I return to the house every month with the required paperwork that has to be sent to probation every month. Additionally I send a log of Evey dollar I get and spend at where also with the paperwork. I feel I am being more than transparent, clear and honest with probation.

**Your Honnor, I would be willing and happy to sign ANY and ALL paperwork legal document or forms to be released from supervised probation.**
**I will agree to which, I Dustin McPhetridge will not commit ANY more sex crime, nor felony crime for the rest of my life. If I commit any said crime I will plead guilty and be held to life in prison without any release or nor appeals.**
**In exchange for the above statement I recieve release from supervised probation.**

I also have been restricted from internet use since my release. I understand that yes I used the internet to comit my crime, but I am not the same man now that I was when I appeared infront of you in your court and definitely not the same person I was in 2007. I fully admit I done

wrong and committed a crime. I never argued that and I truly am ashamed of what I done and said, I wish I could go back and fix the issues and my thinking back then. I have changed my thoughts and actions and how I do everything now since my release from prison, so that the cycle and pattern I was in 2007 is changed never happens again. I no longer drink any alcohol since February 2015. I no longer self isolate my self in a room. I have absolutely no desire, want or need for a chat room, Facebook or any social media outlet. Nor desire to speak perverse or sexually to any one. I have also been finally allowed to attend church and attend a lot (but not every service) I didnt have the religious beliefs then that I do now, nor did I have such a great positive supportive in real life social group. I had no such group before 2018.

    I have also been seeing Teresa Fletcher since 10/19/2020. Until probation told me (in January 2022) she don't count as Sex offender treatment. Me Terressa Fletcher and my mother plus one support friend Betty Rapier was under the understanding Mrs Fletcher was to substitute as individual counselling in place of group cousoling. Probation has said they did not have funding to pay for this so I have paid the $100 a session with Mrs Fletcher. I have never been good in group and hate conflict with people due to my health limitations I am not able to defend myself if someone gets mad and decides to attack or asualt me physically. So I felt one on one counseling would be safer and a lot less stressful, also a lot faster too. Mrs Fletcher treated it as Sex offender treatment and probation had sent her a 39 page document to fill out to do with me completing sexy offender treatment. After doing a lot of it over the last 3 months they told her don't worry about because shes not contracted with them to do it. Why was I seeing her and paying all this money for if it wasn't for sex offender treatment and also probation talked to her and sent her paperwork as if it was sex offender treatment. I wouldn't of spent or paid all this money on my limited income, I'm on social security and my check as of 1/1/2022 is $1,130. Mrs Fletcher as been paid from this $200 to $500 a month depending on how many meeting we have in a month.

    Your Honor, by me not having internet limits my job opportunity's to almost null. I need a desk job due to my physical limitations (I suffer from cerebeal paulsy) and every desk job requires a computer and the internet. I have three computer degrees in repair and I can not use them to make money because I can not purchase parts or get software needed to repair a computer

    I also have a programing job I have a written offer of mentorship and employment on completion of the mentorship. I have some knowledge on programs but its way old pre2005. To do the job or to learn the job requires internet to watch instructional video guides.

    I wish to work a job and make more money than I am making on Social Security. I only receive $1,130 a month. My job income would be more than 3 grand a month. By me not having internet is keeping me from having a real paying job. Thus this limitation is causing a hardship on me. Also everything is going online even McDonalds. Walmart has cheaper prices online then

in the store even the ink cartridge to print this is $5 more in the store.

    Even with the reasoning I gave you, probation refuses to stop the hardship. I even offered to use monitoring software and pay for it out of my own pocket. Probation refuses this also, Thus why I am asking your Honor to reduce my probation stipulations or release me from probation so I can be a productive member of society and pay taxes and not be a burden on the tax payers.

    Your Honorable Judge Greer, I appreciate you taking your time from your busy schedule to read, consider and hopefully to grand me relief or release from probation or some of the restrictions they have on me. I have included various supporting documents to hopefully help and prove myself to your Honor.

Respectfully
Dustin McPhetridge

_____  3 / 31 / 2022
Dustin McPhetridge                                  DATE Signed



# CompTIA.

## A+® Certified Professional

*This certifies that*

## Dustin J. McPhetridge

*has successfully completed the requirements to be recognized as an*

## A+® Certified Professional

on   March 20, 2001

COMP10451003
CompTIA ID No.

CompTIA.

*Shaping Standards for a Convergent World*

John Venator, President/CEO

Michael Mandelsberg
10772 Windrose Pointe Ave
Las Vegas, NV 89144
Mike@XeroCreative.com
714-519-9052

Feburary 8, 2022

Subject: Dustin McPhetridge

To Whom it may concern,

I am the owner of a small software business, Xero Creative LLC (a Nevada-based LLC). As COVID-19 has disrupted employment in many industries, it has done the same in the software industry as well. For myself, hiring Web Developers recently has been difficult, even overseas engineers are hard to find. In my phone discussions with him, Dustin has shown a desire to want to learn web development and fill my open role. I would like to work with Dustin as a form of Apprentiship.

I am familiar with Dustin's current legal limitations. I am writing to inquire what steps it would take to give Dustin limited access to digital educational materials in the short term. And access to an internet-enabled computer in the long term.

I feel Dustin's current limitations prohibit him from re-integrating with society as a productive citizen, as internet access is critical for employment in today's age.

My plan with Dustin is as such:
- Provide Dustin access to PDF files and eBooks on the topic of software development. He will need access to any PDF/eBook capable device.
- Give Dustin educational projects to help grow his skills. At this point, Dustin will need access to an internet-enabled PC or Mac.
- When Dustin completes his educational projects, he will have proven himself in a technical sense, and I will begin paying him on a per Project basis. I can provide pay stubs and other work-verification, if desired.

I expect his education process to last months before he is ready to make an income, as this type of work is challenging to learn.

I am willing to be fully transparent with Dustin's education progression and employment process. I will be happy to share files and curriculum. Additionally, I am willing to work with you to install any monitoring software on his educational/work computer, if required.

Thank you for your time,
Michael Mandelsberg

| March 24 2022 9:01 am I texted this to probation officer Welch |

Mr Welch

I would like to ask permission to please let me get my phone internet enabled.

Not having the Internet is now costing me money and agervation

Walmart to buy in store costs more than using the app

My Epson ink in store $30
Order it on the app and sit in a parking spot for 30 mins for an employer to bring it to your car its 25$

You save 5 dollars and don't have to deal with the niece and boxes and minnors. PLEASE let me Sign up and be able to to Walmart pick up

Mom had placed the order for the ink then today turned to tomorrow turned into the day after that I got mad cuz I don't like being without ink so I got up put on jeans and went to pick it up myself.

But because the order was in a woman's name (my mother) then I can't pick the ink cartridge up, then have to go in the store and had to have her cancel the order because mom was too lazy to go up there to get it in the 1st place

Another example:

Dog treats pick up price last month 13.75 in store price 15.50

I don't know if its a few items or all items have different prices having to go to the store will cost ALOT more $$ on each trip

I also get $50 health food from insurance that has to be done online mom says

I also have a job opperty to program apps in writing from my friend but I need the internet to learn and to do the job

I have no issue to put monitoring software on my phone and pay out of my pocket for the monitoring

This way I can do stuff I need and want and show that I want nothing to do with social media or a chat room. Or in other words give me the rope and see if I hang myself and you would get written proof if I done something stupid or wrong.

@EJL

> Thanks for your time and hopefully approval soon. Have a great day
>
> Dustin McPhetridge

---

**03/24/2022 - Welch came to discuss it in person at 3 something gone at 4**

He says noooo you can't have the internet until you take take polygraphs And monitoring software can't be trusted cause I know too much about computers

I can't manipulate something that reports anything in real time

If I was even able to hack or delete and reinstall it the source files would show that in the time files and a tthr app reporting Would be a major red flag to violate me

On my property not being returned - The office ain't fully open so he can't get it to bring it back to me and you can't have thing of it that can access the internet in any way because you ain't taking polygraphs

Terressa don't count for sex offender treatment That I MUST GO to a sex offender treatment that one I have say so of CCS or a Dr Adler

Whoopie I've spent 2 years giving tarressa a 100 a session for nothing

Oh terressa was just to get you to a place menttly so you could attend and participate in group because only group therapy works not 1 on 1 Welch says

I'm out all this money and I'm at square 1

If I could get acesss to a gun I'd end my suffering and kill myself



04/25/2019

RE: Dustin Mcphetridge
DOB 11/15/1980
149 Hurd Rd
Surgoinsville, TN 37873-

To Whom It May Concern,

    Dustin is currently under my care and keeps regular follow up visits with me. He has been referred to neurology for worsening headaches with alteration of mental status & cerebral palsy. He recently had an EEG awake and asleep, MRI with sedation and is scheduled to have another one next month. Pt is hemiplegic and suffers from a tremor. We are currently adjusting his medications to resolve a tremor. MRI findings reveal some questionable areas which could prove to be a cortical dysplasia but it is not ruled out that it is a low grade neoplasm. This would mean a follow up MRI with sedation and possible treatment depending on the outcome.

    Dustin has seen the clinical psychologist here at RHSC for counseling and is also part of a home prayer and bible study group. This group of elders meet with Dustin and his mother in the home weekly and are often with Dustin if he leaves his home. The gather frequently for other general fellowship and have been a strong support system for him.

Sincerely,

Provider:
Wester Jr PA-C, Danny  04/25/2019 3:11 PM

Document generated by: Christina Ball  04/25/2019

Rural Health Services Consortium, Inc.
Rogersville Medical Complex
4307 Highway 66 South
Rogersville, TN 37857-3155
Phone: (423)921-1600

Patient: Mcphetridge, Dustin, DOB: 11/15/1980

NE TN Associate Neurology - Gamal S Boutros, M.D.
329 Wesley Street, Suite 1
Johnson City, TN 37601
Phone: 423-282-3150 Fax: 423-282-8533

**Progress Notes**
MCPHETRIDGE, DUSTIN
Patient ID: 00021197
DOB: 11/15/1980
Age: 41 years  Gender: M

01/22/2022

---

01/22/22 : 06:33pm
CONSULT LETTER

01/22/22

Dear Theresa fletcher
**REQUESTED ACTION:**
I am responding to your request asking if dustin qualify for polygraphy --the short answer is no
the long answer comes by looking at mri 2019 and 2021 clearly stating he has cortical dysplasia left temporal and possibly anoher area of cortical migration anomaly and hippocampal sclerosis--
what i saw by evaluating him which is clearly not reflecting in the notes
1-the world cerebral palsy is a motor disability and does not say nothing about cognition intelligence attention autism and sensory processing all of which he has
2-his mri show acoustic neuroma but hearing testing is normal in vanderbuilt
3-cortical dysplasia start before he was even born associated with genetic,inellectual disability,developmental disability and commonly autism/sensory process disorder
4-because polygraphy no matter how it is done depend on his changes in behaviour, vitals, attitude, function and is not 100 proof of accuracy in fact finding depending on multitude factors with false positive and negative in other normal subjects these factors cannot apply to dustin because he is not normal
5-i looked at reference to back by opinion but if we need more info we can get neuro-psylogical ,genetic,psychiatric,etc testing to confirm

«PLINK2:dysplasia-autism|207893\Focal cortical dysplasias in autism spectrum disorders.pdf»
«PLINK2:mri2021|207894\his mri report 2021.pdf»
«PLINK2:suitability|207895\Model Policy for Examinee Suitability Sep 9 2021.pdf»
«PLINK2:factors affecting polygrapy|207896\Scientific Validity of Polygraph Testing_ A Research Review and Evaluation (Chapter 6).pdf»
«PLINK2:austism-cortical dysplasia|207897\Linking Autism Risk Genes to Disruption of Cortical Development.pdf»

The following background information may assist you:

**Past Medical History:**
PAST MEDICAL HISTORY:

Stroke: ICD9 = 434.91 / ICD10 = I63.50 / SNOMED = 34191000119104
Headache : ICD9 = 784.0 / ICD10 = R51 / SNOMED = 25064002
Dizziness : ICD10 = R42 / ICD9 = 780.4 / SNOMED = 404640003
Cerebral palsy : ICD10 = G80.9 / ICD9 = 343.9 / SNOMED = 128188000
Depression : ICD10 = F32.9 / ICD9 = 311 / SNOMED = 35489007
Disease of gallbladder : ICD10 = K82.9 / ICD9 = 575.9 / SNOMED = 39621005

Please feel free to contact me if you have any questions. Please provide a thorough written report once your evaluation is complete and periodic status reports if applicable. I appreciate your assistance in caring for this patient.

Sincerely,

.#     SIGNED BY GAMAL S BOUTROS, MD (GSB)

NE TN Associate Neurology - Gamal S Boutros, M.D.  
329 Wesley Street, Suite 1  
Johnson City, TN 37601  
Phone: 423-282-3150 Fax: 423-282-8533  

Progress Notes  
MCPHETRIDGE, DUSTIN  
Patient ID: 00021197  
DOB: 11/15/1980  
Age: 41 years  Gender: M

11/03/2021

---

11/03/21 : 12:32pm  
Office Visit  
**Social Security #**     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  
**Referring physician**   CARLA WEEMS    Fax (423)601-7716  
**Referring address**     4307 HWY 66 SOUTH, ROGERSVILLE, TN 37857  
**Date of Last Visit:** 11/03/21  Gender: male  
**Clinical Encounter:** GSB: 1: 11/03/21: 12:32 PM: Office Visit: N: N  
**Clinical Summary:** R  
**1-Nurse's Note:** Pt is here for a follow up on his headaches. He said he has not had any headaches since Jan/Feb when he started PT and they fixed his back problem.

**2-Subjective:** This is a 40 year-old male patient here today for Follow up for partial epilepsy, cerebral palsy, right sided weakness, left temporal cortical dysplasia and small right ICA schwannoma. Previous abnormal EEG left temporal spike and wave and right temporal slowing.

MRI Brain 032521 no acute intracranial abnormality. Stable morphologic changes favoring cortical dysplasia involving the left temporal lobe. Low grade neoplasm is not favored. Stable nodular enhancement in the fundus of the right internal auditory canal measuring 3.5 mm. Findings favor a small schwannoma. Stable periventricular areas of flair hyperintense signal with some volume loss more conspicuous adjacent to the right lateral ventricle trigone. Findings suggest remote injury. Overlying cortical irregularity which is stable. Possible additional area of cortical dysplasia can be considered. Neurosurgery favored to continue to monitor the lesion as it was small and asymptomatic.

Last seen in April and at that time headaches had improved. Returns today for follow up and has not had any headaches since the first of the year when he had PT which fixed his back problem.

**Labs reviewed, potassium 4.1, glucose 97, ALT 65 high, AST 43, vitamin d 27 low, topiramate 2.8.**  
**3-current medications**  
Current Medications:  
Rx: POTASSIUM CITRATE 10 meq ORAL , Ref: 0  
  Instructions: Take ORAL daily.  
Rx: VITAMIN D 50000 units ORAL , Ref: 0  
  Instructions: Take ORAL wkly.  
Rx: lisinopril 5 mg tablet Ref: 0  
  Instructions: take 1 tablet (5 mg) by oral route once daily  
Rx: Trintellix 5 mg tablet Ref: 0  
  Instructions: take 1 tablet (5 mg) by oral route once daily at the same time each day  
Rx: hydrOXYzine HCL Ref: 0  
  Instructions: Daily  
Rx: topiramate 50 mg tablet Ref: 0  
  Instructions: take 1 tablet (50 mg) by oral route 2 times per day  
Family History:  
Hypertension, Diabetes, Cancer, Heart Disease  
PAST MEDICAL HISTORY:  
Stroke: ICD9 = 434.91 / ICD10 = I63.50 / SNOMED = 34191000119104  
Headache : ICD9 = 784.0 / ICD10 = R51 / SNOMED = 25064002  
Dizziness : ICD10 = R42 / ICD9 = 780.4 / SNOMED = 404640003  
Cerebral palsy : ICD10 = G80.9 / ICD9 = 343.9 / SNOMED = 128188000  
Depression : ICD10 = F32.9 / ICD9 = 311 / SNOMED = 35489007  
Disease of gallbladder : ICD10 = K82.9 / ICD9 = 575.9 / SNOMED = 39621005  
**Surgical / Procedural History:**  
Gall bladder surgery, Tonsillectomy, Several surgeries on legs as a child  
Social History:  
  Denies tobacco usage. Denies alcohol usage. Divorced. Disabled since 1980 on basis of cerebral palsy and he had stroke at birth. Walks with cane.  
Allergies:

NE TN Associate Neurology - Gamal S Boutros, M.D.
329 Wesley Street, Suite 1
Johnson City, TN 37601
Phone: 423-282-3150 Fax: 423-282-8533

11/03/2021

---

CEPHALEXIN, MONOHYDRATE, CODEINE, HYDROCODONE, Vraylar(Drug Intolerance)
Smoking Status: Never smoker

**9-Vital Signs:** BP: 140/90, Pulse: 104 Height: 5'10", Weight: 300 lbs BMI: 43.05 kg/m2 BP: 140/90, Pulse: 104 Height: 5'10", Weight: 300 lbs

**10-Review of Systems:** Constitutional: No fevers, chills, or unexplained weight loss Eyes:vision loss on right Ears: No hearing loss , otorrhea or ear pain Nose/Mouth/Throat: No nasal congestion, rhinorrhea, oral lesions, postnasal drip or sore throat Cardiovascular: No chest pain or palpitations. Respiratory: No cough, shortness of breath or wheezing Gastrointestinal: No diarrhea, constipation, blood in stools, abdominal pain, vomiting or heartburn Genitourinary: No urinary frequency, hematuria, incontinence, or dysuria
Musculoskeletal: +arthralgias, myalgias or joint swelling Skin: No rash or skin lesions psychiatry:+depression
Hematologic/Lymphatic: No easy bruising, easy bleeding or swollen glands Allergic/Immunologic: No itching, sneezing , watery eyes, clear rhinorrhea or recurrent infections Endocrine: No polydipsia/polyuria, diaphoresis, or cold/heat intolerance

**11-Objective Neurologic Exam:** Mental Status: Patient is -alert and oriented X3- slow to respond, some cognitive deficits-Visual fields CN right visual field deficit. No ptosis noted bilaterally-CN V: Facial sensation is symmetric in all 3 regions bilaterally-CN VII, IX, XII: symmetrical facial ,tongue, palatal movement, -Motor Exam:right hemiparesis--**spastic bilateral lower extremity, right hand dystonic posture, left hand works good**-Range of motion :full cervical,lumbar,,knees,hips,knees,ankles--significant limitation right elbow and right wrist with contracture---no Point Tenderness ortrigger points-DTR equal,bilaterally 2/4 biceps, triceps, brachioradialis, patellar and Achilles +clonus extensor plantar, +spasticity--Sensory exam: grossly normal to pin prick, vibration, temperature, proprioception--Cerebellar Gait, +cannot do finger to nose on right, dysmetria, no intention tremors,not able to walk on tiptoe and heel,cannot stand on one foot--walks with cane

**12-Diagnosis:**
Cerebral palsy : ICD10 = G80.9 / ICD9 = 343.9 / SNOMED = 128188000
Chronic headache disorder : ICD10 = G44.89 / ICD9 = 784.0 / SNOMED = 431237007

**13-Plan:**
1-Medications:
**Rx:topiramate 50 mg bid**
**Rx:potassium citrate 10 meq daily**
**Rx:vitamin d 50000 units weekly**
2- Testing: Will schedule patient for diagnostic tests
3- Discussion:
**Diagnosis spastic diplegia cerebral palsy, chronic headache improved. Refilled topamax, potassium and vitamin D. Follow up in six months.**
4-Return to clinic:
Gamal S. Boutros, MD---Board certified Neurologist with special qualification Child Neurology--Board certified vascular neurology&sleep medicine---Fellow interventional pain practitioner COVID19- Precautions were implemented during this visit.


\# SIGNED BY GAMAL S BOUTROS, MD (GSB)      01/21/2022 03:02PM