UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:15-CR-05000 |
| | ) | JUDGE GREER |
| DUSTIN McPHETRIDGE | ) | |

### MOTION TO REDACT OR SEAL PREVIOUSLY FILED *PRO SE* DOCUMENT (DOC. 36) AND ATTACHED EXHIBITS

Dustin McPhetridge, by and through counsel, requests that previously filed *pro se* document (Doc. 36) and attached exhibits, as the *pro se* document includes personal identifying information, including her client's home address, phone number, date of birth and social security number. Per Rule 49.1, Fed. R. Crim. P., personal identifying information of this nature must be redacted from the filing itself and attachments. To protect her client's identity, counsel seeks the sealing or redacting of these documents.[1]

                RESPECTFULLY SUBMITTED:

                FEDERAL DEFENDER SERVICES OF
                EASTERN TENNESSEE, INC.

BY:   s/ *Nikki C. Pierce*
        Nikki C. Pierce
        BPR No. 018181
        Federal Defender Services
        219 West Depot Street, Suite 2
        Greeneville, TN 37743
        (423) 636-1301

---

[1] Counsel separately files a motion to conduct a hearing to determine counsel's status going forward given her client's *pro se* filing.