UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:15-CR-05000 |
| ) | JUDGE GREER |
| DUSTIN McPHETRIDGE ) | |

**SUPPLEMENT TO MOTION TO CONDUCT HEARING
TO DETERMINE COUNSEL'S STATUS AS ATTORNEY
OF RECORD GIVEN THE PRO SE FILING (DOC. 36)**

Dustin McPhetridge, by and through counsel, supplements the previously filed motion requesting the court to conduct a hearing to determine counsel's status as attorney of record given the *pro se* filing (Doc. 36). Defense counsel has received communication both in writing and telephonically from Mr. McPhetridge that he wishes for counsel to continue to assist him relative to the case explaining that Document 36 had been prepared prior to counsel's meeting with him on April 22, 2022. Mr. McPhetridge has also spoken to his supervising USPO Robert Welch with whom defense counsel has also communicated and the parties are working towards a proposed final resolution of the matter for presentation to the Court for its consideration. Accordingly, counsel no longer believes a hearing is necessary to address the matter, and the request will be rendered moot by the filing of a proposed final resolution.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

BY:  s/ *Nikki C. Pierce*

Nikki C. Pierce  
BPR No. 018181  
Federal Defender Services  
219 West Depot Street, Suite 2  
Greeneville, TN  37743  
(423) 636-1301